AO 241   (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Central District of Illinois/Springfield |
|---|---|
| Name Farin A. Wells | Prisoner No. S03854 | Case No. |

Place of Confinement
Stateville Correctional Center
P.O. Box 112
Joliet, IL. 60434

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Farin A. Wells | v. People of the State of Illinois |

The Attorney General of the State of: Illinois
Lisa Madigan Attorney Gen. 100 W. Randolph Chicago IL. 60601

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  Mason County Courthouse - 8th Judicial District 125 N. Plum St. County of Mason - Havana, IL. 62644

2. Date of judgment of conviction  Convicted Oct. 14th 2005 - sentenced Dec. 13th 2005

3. Length of sentence  Counts - 3-4-10 = 5yrs  6-8 = 10yrs  1-5-7 = 15yrs  2-9 = Life

4. Nature of offense involved (all counts)  Predatory - Criminal - Aggravated Sexual Assault/Abuse ( Predatory 5 counts - Criminal 2 counts - Aggravated 3 counts.

5. What was your plea? (Check one)
   (a) Not guilty      ✓ G
   (b) Guilty          G
   (c) Nolo contendere G
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury            ✓ G
   (b) Judge only      G

7. Did you testify at the trial?
   Yes ✓ G   No G

8. Did you appeal from the judgment of conviction?
   Yes ✓ G   No G

FILED
AUG - 1 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

(2)

AO 241   (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  Mason County Courthouse 8th dist. Havana, Il.

   (b) Result  Denial

   (c) Date of result and citation, if known  Dec 13th 2005

   (d) Grounds raised  Motion filed to reconsider judgement of conviction

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court  State of Illinois Appellate Court 4th dist.

   (2) Result  Denial of Direct Appeal

   (3) Date of result and citation, if known  June 25th 2007

   (4) Grounds raised  Trial counsel inexperienced - no bill of particulars filed - failure to show inconsistencies

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court  Supreme Court of the United States

   (2) Result  Denial

   (3) Date of result and citation, if known  ___

   (4) Grounds raised  Ineffective, inexperienced trial counsel failure to object to Les Miller testimony

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ✓G   No  G

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  State of Illinois Appellate Court 4th Dist.

        (2) Nature of proceeding  Post-Conviction Relief

        (3) Grounds raised  Trial Counsel ineffective - trial counsel failed to object to jury instructions (IPI 3.11)

(3)

AO 241   (Rev. 5/85)

trial counsel failed to object to a confrontation violation by witness statement.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result: Post denial after second stage

(6) Date of result: Jan. 6th 2009

(b) As to any second petition, application or motion give the same information:

(1) Name of court: State of Illinois Appellate Court 4th Dist.

(2) Name of proceeding: Notice to Appeal - Post-Conviction Appeals filed Mar. 2nd 2009

(3) Grounds raised: Ineffective assistance of counsel. attorney (Bruce D. Locher) failed to amend post to show his ineffective counsel "per se" conflict of interest.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result: Post appeal denied

(6) Date of result: Feb. 24th 2010

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☑   No ☐
(2) Second petition, etc.   Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Absolute lack of physical evidence to show in court

Supporting FACTS (state *briefly* without citing cases or law): State had no type of physical evidence to back their claims Nothing for the court to see.

B. Ground two: Use of tapes to claim hearsay Nothing physical exsists to back hearsay

Supporting FACTS (state *briefly* without citing cases or law): Violation made when tapes were entered into court after a preliminary hearing barring the use of said tapes — Defendant did not review tapes before trial resulting in the violation of defendants rights.

AO 241   (Rev. 5/85)

   C.  Ground three: Trial attorney was inexperienced failed to object to testimony of Les Miller

   Supporting FACTS (state *briefly* without citing cases or law): Objection of Les Miller should have been made due to the fact that Les Miller had formed an opinion based on impression resulting in to a biased testimony

   D.  Ground four: Sentenced to too much time

   Supporting FACTS (state *briefly* without citing cases or law): Courts imposed too much time by amending five more counts by State after refusal of plea bargain. Defendant had no criminal record or background - first time offenders are subject to less time

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: 12 A - B - D were not presented due to inexperience of trial attorney and ineffective counsels

14.  Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐   No ☑

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Kevin D. Tippey - 101 Douglas Street Petersburg, Illinois 62675
(b) At arraignment and plea Kevin D. Tippey - 101 Douglas Street Petersburg, Illinois 62675

AO 241   (Rev. 5/85)

(c) At trial  Kevin D. Tippey - 101 Douglas Street Petersburg Il. 62675

(d) At sentencing  Kevin D. Tippey - 101 Douglas Street Petersburg Il. 62675

(e) On appeal  Bruce D. Locher - 1212 S. Seventh St, Springfield Illinois 62703

(f) In any post-conviction proceeding  Lawrence Bapst - P.O. Box 5240 Springfield Illinois 62705

(g) On appeal from any adverse ruling in a post-conviction proceeding  Lawrence Bapst P.O. Box 5240 Springfield Illinois 62705

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ✓G   No   G

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes  G   No ✓G
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes  G   No  G

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

7-29-11
Date

_Javin A. Wells_
Signature of Petitioner

(7)

## Additional Information

After post-conviction was denied - a post-conviction appeal was filed. That too was denied.

Attorney then filed with the Illinois Supreme Court, which was then denied on September 29, 2010

A WRIT OF CERTIORARI was then comprised and filed 'pro se' on December 13, 2010. WRIT OF CERTIORARI was then reveiwed on February 18, 2011. WRIT was then denied February 22, 2011.

Now I enter my Habeas Corpus to be filed. I have stayed on each step as I thought to be correct. I am not well versed in the law so my own understanding is that I have 1 year to file or 6-months from my last proceeding. The WRIT OF CERTIORARI was my latest proceeding.

Date 7-29-11

*Tarvin A. Wells*
PETITIONER